**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 14-cv-03488-LTB-NYW

JACQUELINE RAPHAEL,

    Plaintiff,

v.

ADVANTAGE PAWN, INC., a Colorado corporation,
DAVID GOODRICH,

    Defendants.

---

**ORDER**

---

Upon the Response to Court's Order to Show Cause (Doc 17 - filed April 17, 2015), and the Court being advised in the premises, it is

ORDERED that the Order to Show Cause is DISCHARGED. The appearance of Leah P. VanLandschoot and Amy M. Maestas is considered a general appearance while still preserving all possible jurisdictional and service objections, due to the precise language in Fed.R.Civ.P. 12.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED: April 20, 2015