IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-03488-LTB-NYW

JACQUELINE RAPHAEL, an individual,

      Plaintiff,

v.

ADVANTAGE PAWN, INC., a Colorado corporation; and
DAVID GOODRICH, an individual,

      Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice of All Claims Against Advantage Pawn, Inc. and Goodrich (Doc 30 - filed November 20, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                        BY THE COURT:

                                                          s/Lewis T. Babcock
                                                        LEWIS T. BABCOCK, JUDGE

DATED: November 23, 2015